United States District Court
Middle District of North Carolina
Case No. 1:21-cv-178-CCE-LPA

| Phyllis Arrington-McGee, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Life Insurance Company of | ) |
| North America, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Stipulation of Dismissal with Prejudice

The parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action is dismissed with prejudice on such terms as the parties have agreed, with the parties bearing their respective costs including attorney fees.

August 3, 2021
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
5400 Glenwood Ave., Suite 225
Raleigh, North Carolina 27612
919-571-8300 (Telephone)
919-571-1004 (Facsimile)
aow@whiteman-law.com

*Attorney for plaintiff*

August 3, 2021
Date

/s/ Gemma L. Saluta
WOMBLE BOND DICKINSON (US) LLP
Elizabeth J. Bondurant
N.C. State Bar No. 12447
271 17th Street, N.W., Suite 2400

Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
E-mail: Lisa.Bondurant@wbd-us.com
Gemma L. Saluta
N.C. State Bar No. 37032
One W. 4th Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
(336) 721-3660 (facsimile)
Email: Gemma.Saluta@wbd-us.com

*Counsel for Defendant Life Insurance*
*Company of North America*

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Middle District of North Carolina, with notice of case activity to be generated and sent electronically to the following parties registered to receive such service:

Elizabeth J. Bondurant
Womble Bond Dickinson (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
E-mail: Lisa.Bondurant@wbd-us.com

Gemma L. Saluta
Womble Bond Dickinson (US) LLP
One W. 4th Street
Winston-Salem, NC 27101
Email: Gemma.Saluta@wbd-us.com

*Counsel for Defendant Life Insurance Company of North America*

| | |
|---|---|
| August 3, 2021 | /s/ Andrew Whiteman |
| Date | Andrew Whiteman |
| | N.C. State Bar number 9523 |
| | Whiteman Law Firm |
| | 5400 Glenwood Avenue, Suite 225 |
| | Raleigh, North Carolina 27612 |
| | (919) 571-8300 (Telephone) |
| | (919) 571-1004 (Facsimile) |
| | aow@whiteman-law.com |